UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA BROWN,<br><br>    Plaintiff,<br> v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. 2:23-cv-01205-TL<br><br>ORDER |

The Court, having reviewed the Parties' Stipulated Notice of Change to Deadlines (Dkt. No. 21), hereby ORDERS that the following deadlines be reset as noticed by the Parties:

| **Deadline** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | 8/12/2024 | 10/14/2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | 9/11/2024 | 11/12/2024 |

ORDER - 1

| All motions related to discovery must be filed by | 9/11/2024 | 11/12/2024 |
|---|---|---|
| Discovery completed by | 10/10/2024 | 12/10/2024 |

The Court notes that the Parties' proposed rescheduled deadlines sets the deadline for motions related to discovery as well as for dispositive motions prior to the deadline for discovery completion. Should the Parties seek to extend the deadline for motions related to discovery or the dispositive motion deadline in the future, they should do so well in advance of that deadline.

It is so ORDERED.

Dated this 9th day of August 2024.

Tana Lin
United States District Judge

ORDER - 2