HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARIA BROWN, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a foreign insurance company,<br><br>        Defendant. | NO. 2:23-cv-01205-TL<br><br>STIPULATED MOTION FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>October 30, 2024 |

Pursuant to F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that all claims in this action shall be dismissed with prejudice and without fees or costs awarded to either party.

DATED this 30th day of October, 2024.

By *s/ Michael S. Rogers*
Michael S. Rogers, WSBA 16423
Reed McClure
Attorneys for Defendant
1215 Fourth Avenue, Suite 1700
Seattle WA 98161-1087
206.292.4900 – Phone
206.223.0152 – Fax
mrogers@rmlaw.com

---

STIPULATED MOTION FOR DISMISSAL – 1
060349.099768 Proposed Order on Stipulated Mot to Dismiss
NO.: 2:23-cv-01205-TL

**REED McCLURE**
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

By *s/ Darrin E. Bailey*
Darrin E. Bailey
Bailey Onsager, P.C.
1109 First Avenue, Suite 501
Seattle, WA 98101
(206) 667-8290
Attorneys for Plaintiff Maria Brown

IT IS SO ORDERED.

DONE this 30th day of October, 2024.

_____
HONORABLE TANA LIN

STIPULATED MOTION FOR DISMISSAL – 2
060349.099768 Proposed Order on Stipulated Mot to Dismiss
NO.: 2:23-cv-01205-TL

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152